# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH BARNES, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 11-438<br>) Judge Gary L. Lancaster |
| WELLS FARGO BANK, N.A., *et al.*, | ) Magistrate Judge Cathy Bissoon<br>) |
| Defendants. | )<br>) |

## MEMORANDUM ORDER

On April 15, 2011, this case was referred to United States Magistrate Judge Cathy Bissoon for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.C and 72.D of the Local Rules for Magistrates.

On July 13, 2011, the magistrate judge issued a Report (Doc. 12) recommending that Defendants' Motion to Strike (Doc. 10) Plaintiff's "Objection" to Removal be granted.

Service of the Report and Recommendation was made on the parties, and Plaintiff filed objections (Doc. 13) on August 1, 2011.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered:

AND NOW, on this 5th day of Aug, 2011, IT IS HEREBY ORDERED that Defendants' Motion to Strike (Doc. 10) Plaintiff's "Objection" to Removal is **GRANTED**.

1

The Report and Recommendation (Doc. 12) of Magistrate Judge Bissoon dated July 13, 2011 is hereby adopted as the Opinion of the District Court.

_____
Gary L. Lancaster
U.S. District Judge

_____, 2011

cc (via CM/ECF e-mail):

All counsel of record.