IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

JOSEPH BARNES,

    *Plaintiff,*

    v.                            Docket No.: 2:11-cv-00438-CRE

WELLS FARGO BANK, N.A., successor
by merger to Wells Fargo Bank Minnesota, N.A.
as Trustee f/k/a Norwest Bank Minnesota, N.A., as
Trustee for Delta Funding Home Equity Loan
Asset-Backed Certificates Series 2001-2,
and OCWEN LOAN SERVICING, LLC,

    *Defendants.*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure, the Plaintiff Joseph Barnes; and , Defendants, Wells Fargo Bank, N.A. and Ocwen Loan Servicing LLC, voluntarily execute this Stipulation of Dismissal with Prejudice, indicating for the record that this action is dismissed and the case is to be marked as closed, the parties having achieved an amicable resolution of this matter.

Respectfully submitted by:

/s/*Monte J. Rabner*
Monte J. Rabner, Esquire
Rabner Law Offices, P.C.
Suite 800 Law & Finance Building
429 Fourth Avenue
Pittsburgh, PA 15219
Telephone: (412) 765-2500
Facsimile: (412) 765-3900
Email: monte.rabnerlaw@verizon.net

Counsel for Plaintiff

/s/ *Linda A. Michler*
Linda A. Michler, Esquire
2400 Oxford Drive, #153
Bethel Park, Pa 15102
Telephone: (412) 854-4315
Facsimile: (866) 390-4385
Email: Linda.Michler@michlerlaw.com

Counsel for Defendants

IT IS SO ORDERED

_____, C.J.
Honorable Gary L. Lancaster
Chief United States District Judge

Dated: December 12, 2011